No. 04–7944. ADEFEMI v. GONZALES, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–8018. CLAY v. ROPER, SUPERINTENDENT, POTOSI COR-RECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–8198. ALLEMAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8292. BAUM v. SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 04–8310. RAMIREZ-ROBLES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8569. MATHENEY v. DAVIS, SUPERINTENDENT, INDI-ANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 04–8973. VAUGHN v. TEXAS; and VAUGHN v. COURT OF APPEALS OF TEXAS, SEVENTH DISTRICT. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8974. TOINES v. DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION. C. A. 5th Cir. Certiorari denied.

No. 04–8975. VINNING-EL v. WALLS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–8984. LENOIR v. TIMMERMAN-COOPER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8985. MILLER v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8989. VORA v. STRASSBURGER, MCKENNA, MESSER, SHILOBOD & GUTNICK. C. A. 3d Cir. Certiorari denied.

No. 04–8995. RIVERA v. DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION. C. A. 5th Cir. Certiorari denied.